IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **GREGORY TURLEY,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.  08-377-SCW |
| | ) | |
| **DONALD A. HULICK, RONALD MEEK, ANTHONY RAMOS, GARY CONDER, BRIAN FAIRCHILD, TYONE MURRAY, JOHN KELLERHOUSE, BETSY SPILLER, DAN OHLAU, DAVID REDNOUR, CRAIG MITCHELL, REBECCA COWAN, JEFFERY BROSHEARS, OFFICER MORRIS, MAUREEN T. O'DONNELL, UNKNOWN JOHN JOE, GARY REDNOUR, and SANDRA FUNK,** | ) | |
| Defendant(s). | ) | |

## JUDGMENT IN A CIVIL CASE

Defendants **RONALD MEEK, REBECCA COWAN, JEFFERY BROSHEARS, OFFICER MORRIS,** and **MAUREEN T. O'DONNELL,** were dismissed on February 14, 2011 by an Order entered by Judge Michael J. Reagan (Doc. 26).

Defendant **UNKNOWN JOHN DOE** was dismissed on June 16, 2011 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 89).

Defendants **ANTHONY RAMOS, GARY CONDER, DAN OHLAU** and **SANDRA FUNK** were granted summary judgment on March 8, 2012 by an order entered by Magistrate Judge Stephen C. Williams (Doc. 175).

Defendants **BRIAN FAIRCHILD, TYONE MURRAY, JOHN KELLERHOUSE**, and **BETSY SPILLER** were dismissed on July 19, 2012 by an order entered by Magistrate Judge

Stephen C. Williams (Doc. 213).

Defendant **DONALD A. HULICK** was dismissed on August 3, 2012 by Magistrate Judge Stephen C. Williams (Doc. 229).

The remaining issues came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict in favor of Defendants **DAVID REDNOUR, CRAIG MITCHELL** and **GARY REDNOUR** and against Plaintiff **GREGORY J. TURLEY**.

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **DONALD A. HULICK, RONALD MEEK, ANTHONY RAMOS, GARY CONDER, BRIAN FAIRCHILD, TYONE MURRAY, JOHN KELLERHOUSE, BETSY SPILLER, DAN OHLAU, DAVID REDNOUR, CRAIG MITCHELL, REBECCA COWAN, JEFFERY BROSHEARS, OFFICER MORRIS, MAUREEN T. O'DONNELL, UNKNOWN JOHN JOE, GARY REDNOUR, and SANDRA FUNK** and against Plaintiff **GREGORY J. TURLEY**.

Plaintiff shall take nothing from this action.

**DATED** this 6th day of September, 2012

NANCY J. ROSENSTENGEL, CLERK

BY: S/ Angela Vehlewald
      Deputy Clerk

Approved by    S/ Stephen C. Williams
    **United States Magistrate Judge**
    **Stephen C. Williams**